IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD CASSADY, by and through his sister and next friend, Evelyn C. Pierce, )<br>)<br>)<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>BRIDGESTONE FIRESTONE )<br>NORTH AMERICAN TIRE, LLC, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:08cv320-MHT<br>(WO) |

OPINION

This lawsuit is now before the court on defendant's motion to dismiss, asserting that plaintiff has failed to substitute proper parties in violation of Fed.R.Civ.P. 25(a)(1). Plaintiff was given until November 21, 2008, to show cause as to why the motion should not be granted. Plaintiff filed nothing. The court therefore agrees that the motion should be granted and this case dismissed.

An appropriate judgment will be issued.

DONE, this the 2nd day of December, 2008.


          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE