IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RONALD CASSADY, by and      )
through his sister and next )
friend, Evelyn C. Pierce,   )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )          2:08cv320-MHT
                            )             (WO)
BRIDGESTONE FIRESTONE       )
NORTH AMERICAN TIRE, LLC,   )
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant's motion to dismiss (Doc. No. 16) is granted.

(2) This lawsuit is dismissed pursuant to Fed.R.Civ.P. 25(a)(1).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 2nd day of December, 2008.


                         <u>/s/ Myron H. Thompson</u>
                      UNITED STATES DISTRICT JUDGE